IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>PATSY CRONER,<br><br>           Defendant. | Case No. 06-CR-86-S-BLW<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge (Docket No. 9). On June 14, 2006, Defendant appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded that a factual basis exists for Defendant's plea of guilty to Count One of the Information (Docket No. 1), and that the defendant entered the plea voluntarily and with full knowledge of the consequences. No party has objected to the Report and Recommendation and the Court finds that the requirements of Rule 11 have been met.

The Court therefore adopts the Report and Recommendation (Docket No. 9) and accepts the Defendant's plea of guilty to Count One of the Information

**Order Adopting Report and Recommendation - 1**

(Docket No. 1).

DATED: **September 15, 2006**

Honorable Thomas G. Nelson
United States Circuit Judge
Sitting by Designation

**Order Adopting Report and Recommendation - 2**